```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
FLORICA-BULIGA,                      :
                      Plaintiff,     :
                                     :     07 Civ. 6507 (DLC)
         -v-                         :
                                     :           ORDER
NEW YORK CITY TAXI-LIMOUSINE         :
COMMISSION,                          :
                      Defendant.     :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

    This case was filed on July 18, 2007. On July 27, plaintiff filed a motion to amend the complaint. There having being no responsive pleading, it is hereby

    ORDERED that the motion to amend is granted.

    SO ORDERED:

Dated:    New York, New York
           August 6, 2007

                                              /s/ Denise Cote
                                              DENISE COTE
                              United States District Judge

COPY SENT TO:

Florica Buliga
860 Eighth Avenue #10L
New York, New York 10019