UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
FLORICA BULIGA,

                                       Plaintiff,

                  -against-                             **NOTICE OF APPEARANCE**

NEW YORK CITY TAXI AND LIMOUSINE
COMMISSSION,                                       07-CV-6507 (DLC)

                                         Defendant.
------------------------------------------------------------------------ x

**TO THE CLERK OF THE COURT:**

       **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Sheryl R. Neufeld, appears as counsel for the Defendant the New York City Taxi and Limousine Commission, and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
         August 10, 2007

                                                MICHAEL A. CARDOZO
                                                Corporation Counsel of
                                                the City of New York
                                                Attorney for Plaintiffs
                                                100 Church St., Rm.5-188
                                                New York, New York 10007
                                                Email: sneufeld@law.nyc.gov
                                                Tel: (212) 788-1035
                                                Fax: (212) 791-9714
                                                By: _/s/ Sheryl R. Neufeld_
                                                     Sheryl R. Neufeld (SK-2728)
                                                Assistant Corporation Counsel

TO:    Florica Buliga
        Plaintiff Pro Se
        840 Eighth Avenue, Apt. 10L
        New York, New York 10019
        (by first class mail)