```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FLORICA-BULIGA,                         :
                         Plaintiff,     :
                                        :   07 Civ. 6507 (DLC)
          -v-                           :
                                        :   ORDER
NEW YORK CITY TAXI-LIMOUSINE            :
COMMISSION,                             :
                         Defendant.     :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 10/2/07

DENISE COTE, District Judge:

The defendant, the New York City Taxi and Limousine Commission ("Commission"), has filed a motion to dismiss dated September 21, 2007. It is hereby

ORDERED that the plaintiff, Florica Buliga, shall file and serve on counsel for the defendant his opposition to the motion to dismiss no later than **November 2, 2007**. The Commission's reply shall be filed and served no later than **November 16**.

IT IS FURTHER ORDERED that when filing its papers, each party shall provide Chambers with a courtesy copy. As required by this Court's Special Rules of Practice in Civil Pro Se Cases, all papers to be filed with the Court by a <u>pro se</u> party, along with any courtesy copies of those papers, should be sent to the Pro Se Office, Room 230, United States Courthouse, 500 Pearl

Street, New York, New York 10007.

   IT IS FURTHER ORDERED that the initial pretrial conference previously scheduled for October 12 is adjourned without a new date.

   SO ORDERED:

Dated:   New York, New York
         October 2, 2007

                                    _____
                                          DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Florica Buliga
840 Eighth Avenue, #10L
New York, NY 10019

Sheryl Neufeld
Assistant Corporation Counsel
The City of New York Law Department
100 Church Street
New York, NY 10007