UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __17__

---

Buliga

-v-

NYC Taxi Limousine Comm.

---

U.S.C.A. # _____

U.S.D.C. # __07 cv 6507__

JUDGE: __DLC__

DATE: __February 15, 2008__

U.S. DISTRICT COURT
FILED
FEB 15 2008
S.D. OF N.Y.

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): _____THOMAS R. PISARCZYK_____
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: _____500 PEARL STREET, ROOM 370_____
_____NEW YORK, NEW YORK 10007_____
PHONE NO.: _____(212) 805 - 0636_____

**DISTRICT COURT DOCKET ENTRIES** ------------------------------------------------

**DOCUMENT DESCRIPTION**                                              **DOC. #**

_____CLERK'S CERTIFICATE_____                                    _____

_____SEE ATTACHED LIST OF NUMBERED DOCUMENTS_____                _____

_____** ONLY CIRCLED DOCUMENTS ARE INCLUDED **_____              _____

_____** ALL OTHERS MISSING AT THIS TIME **_____                  _____


(X) Original Record                                    (___) Supplemental Record


The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the _15th_ Day of _February_, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Buliga

-v-

NYC Taxi Limousine Comm.

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07 cv 6507

JUDGE: DLC

DATE: Feb. 15, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                        Document Description

**BALANCE OF FILE MISSING AT THIS TIME**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 15th Day of February In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND Year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED, PRO-SE

U.S. District Court
United States District Court for the Southern District of New York (Foley Square)
CIVIL DOCKET FOR CASE #: 1:07-cv-06507-DLC
Internal Use Only

Buliga v. New York City Taxi Limousine Commission
Assigned to: Judge Denise L. Cote
Cause: 28:1332 Diversity-Other Contract

Date Filed: 07/18/2007
Date Terminated: 12/26/2007
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2007 | 1 | COMPLAINT against New York City Taxi Limousine Commission. (Filing Fee $ 350.00, Receipt Number 621741)Document filed by Florica Buliga.(laq) (Entered: 07/20/2007) |
| 07/18/2007 | | SUMMONS ISSUED as to New York City Taxi Limousine Commission. (laq) (Entered: 07/20/2007) |
| 07/18/2007 | | Magistrate Judge Henry B. Pitman is so designated. (laq) (Entered: 07/20/2007) |
| 07/27/2007 | 2 | SUMMONS RETURNED EXECUTED Summons and Complaint served. New York City Taxi Limousine Commission served on 7/19/2007, answer due 8/8/2007. Service was accepted by Daniel Felicies, Legal Department. Document filed by Florica Buliga. (jar) (Entered: 07/31/2007) |
| 07/27/2007 | 3 | MOTION to Amend/Correct the complaint. Attached is Affirmation in support. Document filed by Florica Buliga.(djc) (Entered: 08/01/2007) |
| 08/06/2007 | 4 | ORDER granting 3 Motion to Amend/Correct. SO ORDERED. (Signed by Judge Denise L. Cote on 8/6/2007) (jmi) (Entered: 08/07/2007) |
| 08/10/2007 | 5 | NOTICE OF APPEARANCE by Sheryl Rebecca Neufeld on behalf of New York City Taxi Limousine Commission (Neufeld, Sheryl) (Entered: 08/10/2007) |
| 08/13/2007 | 6 | ORDER RE SCHEDULING AND INITIAL PRETRIAL CONFERENCE: Dft shall answer or move by 9/21/2007. Initial Conference set for 10/12/2007 at 10:30 AM in Courtroom 11A, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote. (Signed by Judge Denise L. Cote on 8/9/2007) Copies mailed by chambers.(jar) (Entered: 08/13/2007) |
| 08/13/2007 | | Set Deadlines/Hearings:New York City Taxi Limousine Commission answer due 9/21/2007. (jar) (Entered: 08/13/2007) |
| 09/27/2007 | 7 | MOTION to Dismiss purs to Rule 12(b) of the FRCP on the grounds that plaintiff has failed to state a claim upon which relief can be granted as to his first claim and that plaintiff lacks standing as to his second claim. Attached is Declaration in support of Mark W.Muschenheim. Document filed by New York City Taxi Limousine Commission.(djc) Modified on 10/1/2007 (Clark, Dolores). (Entered: 10/01/2007) |
| 09/27/2007 | 8 | MEMORANDUM OF LAW in Support re: 7 MOTION to Dismiss.. Document filed by New York City Taxi Limousine Commission. (djc) (Entered: 10/01/2007) |
| 10/02/2007 | 9 | ORDER that the plaintiff shall file and serve on counsel; for the defendant his opposition to the motion to dismiss no later than November 2, 2007. The Commission's reply shall be filed and served no later than November 16. IT IS FURTHER ORDERED that when filing its papers, each party shall provide Chambers with a courtesy copy. As required by this Court's Special Rules of Practice in Civil Pro Se Cases, all papers to be filed with the Court by a pro se party, along with any courtesy copies of those papers, should be sent to the Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 1007. IT IS FURTHER ORDERED that the initial pretrial conference previously scheduled for October 12 is adjourned without a new date. SO ORDERED. Replies due by 11/16/2007.,Responses due by 11/2/2007 (Signed by Judge Denise L. Cote on 10/2/2007) (jmi) (Entered: 10/02/2007) |
| 10/03/2007 | 10 | PLAINTIFF-MEMORANDUM OF LAW in Support of its Affirmation in Opposition re: 7 MOTION to Dismiss. Document filed by Florica Buliga. (mbe) (Entered: 10/05/2007) |
| 10/17/2007 | 11 | AFFIRMATION of Florica Buliga in Opposition to 7 MOTION to Dismiss. Document filed by Florica Buliga. (db) (Entered: 10/23/2007) |
| 11/16/2007 | 12 | MEMORANDUM OF LAW in Further Support re: 7 MOTION to Dismiss. Document filed by New York City Taxi Limousine Commission. (djc) (Entered: 11/20/2007) |
| 12/21/2007 | 13 | OPINION AND ORDER re: 7 MOTION to Dismiss. filed by New York City Taxi Limousine Commission. The TLC's September 21 motion to dismiss Bulgia's Complaint is granted. The Clerk of Court shall close the case. (Signed by Judge Denise L. Cote on 12/21/07) Copies Mailed By Chambers.(tro) (Entered: 12/26/2007) |
| 12/21/2007 | | Transmission to Judgments and Orders Clerk. Transmitted re: 13 Memorandum & Opinion, to the Judgments and Orders Clerk. (tro) (Entered: 12/26/2007) |
| 12/26/2007 | 14 | CLERK'S JUDGMENT That for the reasons stated in the Court's Opinion and Order dated December 21, 2007, defendants motion to dismiss the complaint is granted; accordingly, the case is closed. (Signed by J. Michael McMahon, clerk on 12/26/07) (ml) (Entered: 12/26/2007) |
| 01/17/2008 | | Mailed notice of Right to Appeal re: 14 Clerk's Judgment, to Pro Se Litigant(s): Florica Buliga and to Attorney(s) of Record: Mark W. Muschenheim, Sheryl Rebecca Neufeld. (Martinez, Adelaida) (Entered: 01/23/2008) |
| 02/06/2008 | 15 | MOTION for Extension of Time to File a Notice of Appeal, pursuant to FRAP 4(a)(5). Document filed by Florica Buliga.(ae) (Entered: 02/08/2008) |
| 02/06/2008 | 16 | NOTICE OF APPEAL from 14 Clerk's Judgment. Document filed by Florica Buliga. Copies mailed to attorney(s) of record: Corporation Counsel. (tp) (Entered: 02/14/2008) |

| 02/06/2008 | | Appeal Remark as to 16 Notice of Appeal filed by Florica Buliga. $455.00 APPEAL FEE DUE. (tp) (Entered: 02/14/2008) |
| --- | --- | --- |
| 02/13/2008 | | MEMO ENDORSEMENT granting 15 Motion for Extension of Time to File. ENDORSEMENT: Granted. (Signed by Judge Denise L. Cote on 2/8/08) (tro) (Entered: 02/14/2008) |
| 02/14/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 16 Notice of Appeal. (tp) (Entered: 02/14/2008) |
| 02/14/2008 | | Transmission of Notice of Appeal to the District Judge re: 16 Notice of Appeal. (tp) (Entered: 02/14/2008) |